missed with costs, on motion of counsel for appellants. *Mr. Swagar Sherley* for appellants. *The Attorney General* for appellee.

No. 384. SOUTHERN BELL TELEPHONE & TELEGRAPH COMPANY *v.* RAILROAD COMMISSION OF GEORGIA ET AL. Appeal from the District Court of the United States for the Northern District of Georgia. April 18, 1923. Dismissed with costs, on motion of counsel for appellant. *Mr. Sanders McDaniel* for appellant. *Mr. J. Prince Webster* for appellees.

No. 293. RATON WATER WORKS COMPANY *v.* CITY OF RATON. Appeal from the District Court of the United States for the District of New Mexico. April 23, 1923. Dismissed with costs, on motion of counsel for appellant. *Mr. Abram J. Rose* for appellant. No appearance for appellee. [See 261 U. S. 627.]

No. 226. FRED W. SCHUTZ ET AL. *v.* JUSTUS S. WARDELL, U. S. COLLECTOR, ETC. Error to the District Court of the United States for the Northern District of California. April 30, 1923. Dismissed with costs, on motion of counsel for plaintiffs in error. *Mr. Delger Trowbridge, Mr. Charles F. Consaul,* and *Mr. Charles C. Heltman* for plaintiffs in error. *The Attorney General* for defendant in error.

No. 957. MISSOURI PACIFIC RAILROAD COMPANY *v.* MRS. LULU MORGAN. Petition for a writ of certiorari to the Court of Appeal for the Second Circuit, State of Louisiana. April 30, 1923. Dismissed with costs, on motion of counsel for petitioner. *Mr. Henry Bernstein* and *Mr. Patrick H. Loughran* for petitioner. No appearance for respondent.